UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RE: FRANCISCA VALERO | ) | Case No. 19 B 29219 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Judge: JACQUELINE P COX |

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no.6 having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

ENTER:

DATED: 09 DEC 2019

J.Cox
_____
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $300.00 | 36 | 10.00 |